UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAWANNA RANSOM | CIVIL ACTION |
| VERSUS | |
| LOUISIANA RECOVERY SERVICES, INC. | NO.: 13-00127-BAJ-SCR |

### SIXTY-DAY ORDER OF DISMISSAL

On May 16, 2013, counsel for Plaintiff Shawanna Ransom filed a **Notice of Pending Settlement (Doc. 6)**, informing the Court that the parties have entered into a mutually agreeable settlement agreement, and requesting a sixty-day order of dismissal.

Accordingly,

**IT IS ORDERED** that this matter are hereby **DISMISSED**, with prejudice, with the right, upon good cause shown **within sixty (60) days**, to reopen the matter if the settlement is not consummated.

Baton Rouge, Louisiana, this 17th day of May, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA